UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYAM KHOSHCHIN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ATRIA MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:22-cv-00916-TLN-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE AND PROCEED WITH ARBITRATION OF PLAINTIFF'S INDIVIDUAL CLAIMS** |

After consideration of the parties' Joint Stipulation to Dismiss Class Claims Without Prejudice and Proceed with Arbitration of Plaintiff's Individual Claims, and good cause showing, the Court hereby GRANTS the Stipulation and Orders that:

1. Plaintiff will submit her individual claims alleged in this current action against Defendant to final and binding arbitration with AAA in accordance with the terms of the arbitration agreement;

2. Plaintiff's class claims against Defendant are to be dismissed without prejudice;

3. All upcoming deadlines for this case be vacated;

4. The action be stayed in its entirety, **and the Clerk's Office is directed to Administratively Close this case**;

5. This stipulation and order shall not be used for any reason in any other litigation, including, but not limited to, the matter of *Khoshchin v. Atria Management Company, LLC*, Sacramento Superior Court Case No. 2022-00322277; and

5. The Court retain jurisdiction to enforce the terms of this stipulation, confirm the arbitration award rendered, and make any other orders it deems necessary and proper.

IT IS SO ORDERED.

DATED:  August 9, 2022

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING JOINT STIPULATION TO DISMISS CLAIMS AND PROCEED WITH ARBITRATION